

### LAW OFFICE OF
# GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

June 7, 2022

Hon. Judge Lewis J. Liman
United Stated District Judge
Southern District of New York
40 Foley Square
New York, NY 10007


RE:    VOLMAN V. ANGELETTO 2ND AVE INC. et al.
       **DOCKET NO. 1:22-cv-03157-LJL**

Dear Judge Liman:


The undersigned represents Josef Volman, the plaintiff in the above-referenced matter. I write to inform the Court that this case has been settled in principle. Although they did not formally appear on the docket, the defendants are being represented by the Law Office of Kevin Cullen. The parties are currently in the process of finalizing settlement terms and conditions, and we anticipate filing a Notice of Discontinuance with Prejudice within thirty (30) days. As such, the undersigned respectfully requests that the Court adjourn all current deadlines sine die, and grant thirty (30) days for the settlement to be finalized.


Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy